UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER M. WHITEHURST     :
*et al.*,                                                         :
                                                                       :
v.                                                                  : CASE No. 8:12-CV-334-T-27TGW
                                                                       :
GULF COAST PROCESSING               :
INC. *et al.*                                                    :

## O R D E R

THIS CAUSE came on for consideration upon the Defendants' Motion for an Order Compelling Opt-in Plaintiffs to Respond to Defendants' Written Discovery, Supplement Rule 26 Disclosures, and for Sanctions (Doc. 38). The plaintiffs have not filed any response to this motion, despite ample time to do so. Therefore, in light of the requirements of Local Rule 3.01(b), it will be assumed that the plaintiffs have no objection to the requested relief.

It is, upon consideration,

ORDERED:

That the Defendants' Motion for an Order Compelling Opt-in Plaintiffs to Respond to Defendants' Written Discovery, Supplement Rule 26 Disclosures, and for Sanctions (Doc. 38) be, and the same is hereby, **GRANTED**.

The plaintiffs have ten (10) days to provide the discovery responses outlined in the motion and provide damages computations pursuant to Rule 26(a), F.R.Civ.P. Further, the defendants are hereby **AWARDED** their reasonable attorney's fees and costs incurred in connection with the filing of this motion. The parties are directed to confer on the amount of a reasonable attorney's fee and costs.

DONE and ORDERED at Tampa, Florida, this 5th day of February, 2013.

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE