UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER WHITEHURST, et al.,

      Plaintiff,

v.

                                     CASE No. 8:12-CV-334-T-27TGW

GULF COAST PROCESSING,
et al.,

      Defendants.

—————————————————

O R D E R

      THIS CAUSE came on to be heard upon the Defendants' Motion for Sanctions Against the Opt-In Plaintiffs and Their Counsel for Failure to Comply with This Court's Order Dated February 5, 2013 (Doc. 46), and the response thereto (Doc. 53). For the reasons stated at the hearing, it is, upon consideration

      ORDERED:

      That the Defendants' Motion for Sanctions Against the Opt-In Plaintiffs and Their Counsel for Failure to Comply with This Court's Order

Dated February 5, 2013 (Doc. 46) is GRANTED to the extent the defendants are AWARDED reasonable attorney's fees incurred with the filing of this motion. No later than April 3, 2013, the three remaining plaintiffs will advise the defendants of their willingness to pay the sanctions; if they decide they are not willing to pay the sanctions, their claims will be dismissed with prejudice. If the plaintiffs decide to pay the sanctions, they will be given thirty (30) days from the date of this Order to pay the reasonable attorney's fees. In the event the plaintiffs fail to live up to their promise, they will also be sanctioned for the time the defendants spent on the preparation of the summary judgment motion.

DONE and ORDERED at Tampa, Florida, this ̲2̲7̲ᵗʰ day of March, 2013.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE