UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CHRISTOPHER M. WHITEHURST,
and other similarly situated individuals,

    Plaintiffs,

vs.                                    Case No.:    8:12-cv-334-T-27TGW

GULF COAST PROCESSING, INC.,
a Florida Corporation; CARIBBEAN
CRUISE LINES, INC., a Florida Corporation;
and KELLY DEPERGOLA; LINDA
CHASE; and TOM DEPERGOLA,
INDIVIDUALLY,

    Defendants.
_____/

**MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEY FEES AND COSTS**

    Plaintiff, by and through their undersigned counsel, hereby file this Motion for Extension of Time to File Motion for Attorney Fees and Costs, and state as follows:

    1.    Pursuant to Federal and Local Rules, the deadline for filing a Motion for Attorney Fees and Costs is fourteen days from entry of the Order granting Motion for Approval of Corrected Settlement [Dkt 76], entered June 6, 2013, thus the deadline is June 20, 2013. Due to clerical error, this deadline was calendared for June 21, 2013.

    2.    Further, Plaintiff's fee expert requires additional time to review the pleadings and file materials to prepare an affidavit regarding Plaintiff's counsel's fees expended and costs accrued in prosecution of this matter.

    3.    Plaintiff respectfully requests an extension of time until Friday, June 28, 2013, to file the Motion for Attorneys' Fees and Costs.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court grant this Motion for Extension of Time to File Motion for Attorney Fees and Costs, until June 28, 2013, and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel for Plaintiffs has conferred with counsel for Defendant pursuant to Local Rule 3.01(g) and has been advised counsel for Defendant objects to the relief sought herein.

Dated this 21st day of June, 2013.

ANDERSON LAW GROUP

/s/ Tracy M. Henry
Tracy M. Henry, Esq.
Florida Bar No.:  073865
13577 Feather Sound Dr., Suite 670
Clearwater, FL  33762-5532
Telephone:  (727) 329-1999
Facsimile:  (727) 329-1499
Email:  thenry@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of June, 2013, I *caused the foregoing to be* electronically filed with the Clerk of the Court using CM/ECF *which will provide electronic notice of such filing to all counsel of record.*

Myrna Maysonett, Esq.
Greenspoon Marder, PA
201 E. Pine Street
Suite 500
Orlando, FL  32801-2718

/s/ Tracy M. Henry
Tracy M. Henry
Florida Bar No.:  073865

-2-