**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

CHRISTOPHER M. WHITEHURST,
and other similarly situated individuals,

    Plaintiffs,

vs.                                                                          Case No.:         8:12-cv-334-T-27TGW

GULF COAST PROCESSING, INC.,
a Florida Corporation; CARIBBEAN
CRUISE LINES, INC., a Florida Corporation;
and KELLY DEPERGOLA; LINDA
CHASE; and TOM DEPERGOLA,
INDIVIDUALLY,

    Defendants.
_____/

**MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

    Plaintiff, CHRISTOPHER M. WHITEHURST, by and through the undersigned counsel, pursuant to Local Rule 3.01(c), M.D. Fla., hereby moves for leave to file a reply brief not exceeding ten (10) pages in further support of the Motion for Attorney's Fees and Costs (Doc. 82), as set forth in the following Memorandum.

**MEMORANDUM**

    Defendants filed a Response in Opposition to Plaintiff's Motion for Attorney's Fees and Costs. (Doc. 88). Upon review of the Opposition, Plaintiff requests an opportunity to respond to points made by Defendants through a reply brief not to exceed ten (10) pages so as to fully inform this Court of the issues and the law pertaining to Plaintiff's Motion for Attorney's Fees and Costs.

Given the personal and vituperative nature of the allegations contained in the response in opposition, Plaintiff would like to specifically address Defendants' assertions that (1) Plaintiff's prosecution of this case was in bad faith or in any way dilatory; (2) Plaintiff is entitled to reimbursement of attorney fees and costs; and (3) address allegations made by Defendants surrounding payment of court ordered sanctions. Plaintiff believes that a written reply to the response in opposition would enable this Court to be fully informed of all the circumstances of this case in advance of the hearing set for August 8, 2013.

## CONCLUSION

In light of the foregoing, Plaintiff respectfully requests that this Court grant Plaintiff leave to file a reply in further support of its Motion for Attorney's Fees and Costs, and grant such further relief as this Court finds appropriate under the circumstances.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel for Plaintiff has conferred with counsel for Defendants pursuant to Local Rule 3.01(g) and has been advised counsel for Defendants objects to the relief sought herein.

Dated this 26th day of July, 2013.

ANDERSON LAW GROUP

/s/ Tracy M. Henry
Tracy M. Henry, Esq.
Florida Bar No.: 073865
13577 Feather Sound Dr., Suite 670
Clearwater, FL  33762-5532
Telephone:  (727) 329-1999
Facsimile:  (727) 329-1499
Email:  thenry@floridalawpartners.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 26th day of July, 2013, I *caused the foregoing to be* electronically filed with the Clerk of the Court using CM/ECF *which will provide electronic notice of such filing to all counsel of record.*

Myrna Maysonet, Esq.
Greenspoon Marder, PA
201 E. Pine Street
Suite 500
Orlando, FL  32801-2718

                        /s/ Tracy M. Henry
                        Tracy M. Henry
                        Florida Bar No.:  073865