UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER WHITEHURST, et al.,

    Plaintiff,

v.                                  CASE No. 8:12-CV-334-T-27TGW

GULF COAST PROCESSING,
et al.,

    Defendants.
_____

## ORDER

THIS CAUSE came on to be heard upon the Plaintiffs' Motion and Memorandum in Support of Request for An Award of Attorneys' Fees (Doc. 82), and the response thereto (Doc. 88).

In light of the Defendants' Motion to Rescind Settlement Agreements for Opt-In Plaintiffs Sims, Marino and Tully, or in the Alternative to Enforce Compliance with Settlement Agreements which was filed shortly before the hearing convened on August 8, 2013 (Doc. 95), it seemed inappropriate to go forward with the hearing on attorneys' fees which

could be significantly affected by a ruling on the new motion. Further, the plaintiffs may file a reply in response to the opposition to attorneys' fees no later than seven (7) days before the rescheduled hearing on the motion for attorneys' fees.

IT IS SO ORDERED:

DONE and ORDERED at Tampa, Florida, this 8th day of August, 2013.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE