UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER WHITEHURST, et al.,

    Plaintiffs,

vs.   Case No. 8:12-cv-334-T-27TGW

GULF COAST PROCESSING, INC., et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Motion for Approval of Settlement Agreement of Pamela Tully and Dismissal With Prejudice of Her Remaining Claims (Dkt. 120) enclosing the executed Confidential Settlement Agreement and Mutual Release (Dkt. 120-1). Upon consideration of the agreement, the Court finds that it is a fair and reasonable settlement of a bona fide dispute between the parties over provisions of the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir.1982).

Accordingly,

1. The Joint Motion for Approval of Settlement Agreement of Pamela Tully and Dismissal With Prejudice of Her Remaining Claims (Dkt. 120) is **GRANTED**.

2. The Confidential Settlement Agreement and Mutual Release (Dkt 120-1) is **APPROVED**.

3. Opt-In Plaintiff Pamela Tully's claims against Defendants are **DISMISSED with prejudice**.

4. Within **thirty (30) days** of the date of this Order, the parties are directed to file a

status report regarding the Settlement Agreements of Opt-In Plaintiffs Jeffrey Sims and Carol Marino.

5. Plaintiffs' Motion and Memorandum In Support of Request for an Award of Attorneys' Fees (Dkt. 82) is **DENIED as moot** pursuant to the agreement of the parties (*see* Dkt. 120-1 at ¶ 4.2).

**DONE AND ORDERED** this 30th day of December, 2013.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record